**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **YASIN MUHAMMED BASARDH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-889 (ESH) |
| | ) | |
| **GEORGE W. BUSH** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### FINAL JUDGMENT

Before the Court is petitioner's motion for judgment, respondents' opposition, and petitioner's reply, all of which are classified documents. Based on the hearing held on this date and the entire record herein, and for the reasons set forth on the record during the unclassified, sealed portion of the hearing, it is hereby

**ORDERED** that petitioner's motion for judgment is **GRANTED**. It is further

**ORDERED** that Yasin Muhammed Basardh's petition for writ of habeas corpus is **GRANTED**. It is further

**ORDERED** that respondents are directed to take all necessary and appropriate diplomatic steps to facilitate the release of petitioner Basardh forthwith.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 31, 2009